*In re* Creación de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico.

*Número:* EC-2004-4          *Resuelto:* 2 de septiembre de 2004

## RESOLUCIÓN

En consideración a la importancia del ejercicio de la profesión notarial y su impacto en la profesión legal y en la ciudadanía en general, se determina la conveniencia de auscultar dicho ejercicio a lo largo de las diferentes regiones notariales de nuestro país. A tales fines, se crea una Comisión Especial para el Estudio y Evaluación de la Función Notarial en Puerto Rico a través de las trece regiones notariales existentes, con el propósito de recomendar cualesquiera cambios que se entiendan necesarios a la legislación y reglamentación, en específico, a la Ley Notarial y su Reglamento, y a otras leyes relacionadas.

Por lo anterior, se crea esta Comisión compuesta por el Presidente del Consejo Notarial del Colegio de Abogados de Puerto Rico, Lcdo. Luis E. Colón Ramery; el Presidente de la Asociación de Notarios de Puerto Rico, Lcdo. Dennis D. Martínez Colón; la Directora de la Oficina de Inspección de Notarías, Lcda. Carmen H. Carlos; la Prof. Cándida Rosa Urrutia; el Lcdo. Francisco Vázquez Santoni; el Lcdo. José M. Biaggi Junquera; el Lcdo. Luis Mojica Sandoz; la Lcda. Gloria Oppenheimer, Registradora de la Propiedad; la Lcda. Lorraine Riefkhol, Registradora de la Propiedad; el Lcdo. Rafael Doitteau Cruz; el Lcdo. Enrique Godinez Morales; la Lcda. María Luisa B. Fuster, y la Lcda. Helga L. Pérez Ríos.

Los miembros de esta Comisión deberán realizar una investigación exhaustiva sobre cómo varían las prácticas notariales en las distintas regiones y rendir un informe que integre hallazgos y recomendaciones para hacer efectivos los propósitos de la prestación eficiente de los servi-

cios notariales y el poder inherente de este Tribunal para regular el notariado.

La Comisión estará adscrita al Secretariado de la Conferencia Judicial y Notarial de Puerto Rico, y queda facultada por la presente para determinar su organización, procedimiento y funcionamiento interno, con el fin de cumplir con el propósito de su creación.

Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*